UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x
TASSO KOUMOULIS, CHRISTOS HATZIS, DOMINIC MILITO, AND PETER DAFNIOTIS,

                Plaintiffs,

-against-

INDEPENDENT FINANCIAL MARKETING GROUP, INC., LPL FINANCIAL CORPORATION, AND ASTORIA FEDERAL SAVINGS AND LOAN ASSOCIATION,

                Defendants.
-------------------------------------------------------------------- x

**10-cv-0887 (KAM) (ALC)**

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant, LPL Financial Corporation, certifies as follows:  LPL Financial is a wholly owned subsidiary of LPL Holdings, Inc., a Massachusetts holding corporation, which is a wholly owned subsidiary of LPL Investment Holdings, Inc., a Delaware holding corporation.

Dated:  May 24, 2010

                                          /s/ Eve I. Klein_____
                                          Eve I. Klein, Esq.
                                          DUANE MORRIS LLP
                                          Attorneys for Defendants
                                          1540 Broadway
                                          New York, New York 10036
                                          (212) 692-1000
                                          *Attorneys for Defendant LPL Financial Corp.*

TO:    Kenneth A. Goldberg, Esq., GOLDBERG & FLIEGEL LLP
           60 East 42nd Street, Suite 3421
           New York, New York 10165
           (212) 983-1077
           *Attorneys for Plaintiffs*

DM2\2332458.1