UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

TASSO KOUMOULIS, CHRISTOS HATZIS,
DOMINIC MILITO, AND PETER DAFNIOTIS,

                    Plaintiffs,

    -against-

INDEPENDENT FINANCIAL MARKETING GROUP,
INC., LPL FINANCIAL CORPORATION, AND
ASTORIA FEDERAL SAVINGS AND LOAN
ASSOCIATION,

                    Defendants.
-------------------------------------------------------------------- x

10-cv-0887 (KAM) (ALC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                                 :ss.:
COUNTY OF NEW YORK )

       JOYCE BRANCHE, being duly sworn, deposes and says:

    1.    I am employed by the firm of Duane Morris LLP.

    2.    I am over 18 years of age, reside in Massapequa, New York and am not a party to this action.

    3.    On May 24, 2010, I caused to be served a true copy of Defendants Answer and Affirmative Defenses by regular mail, depositing the same in an official depository maintained and exclusively controlled by the United States Postal Service, properly enclosed in a postpaid wrapper, addressed to the following:

Kenneth A. Goldberg, Esq.
Goldberg & Fliegel LLP
Attorneys for Plaintiffs
60 East 42nd Street, Suite 3421
New York, New York 10165

                                                _____
                                                Joyce Branche

Sworn to before me this
24th day of May, 2010

_____
Notary Public

                      Deale-~~Rittenbush~~, Laurie
                    Notary Public, State of New York
                           No. 01DE6144191
DM2\2333924.1          Qualified in Westchester County
                      Commission Expires April 24, 2014