## INITIAL CONFERENCE QUESTIONNAIRE

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __July 26, 2010__

2. If additional interrogatories beyond the 25 permitted under the federal rules are needed, the maximum number of: plaintiff(s) __75__ and defendant(s) __75__

3. Number of depositions by plaintiff(s) of:   parties _____ non-parties _____   Estimated 6-10 total

4. Number of depositions by defendant(s) of:   parties _____ non-parties _____   Estimated 6-10 total

5. Date for completion of factual discovery: __December 31, 2010__

6. Number of expert witnesses of plaintiff(s): __1__ medical __1__ non-medical (estimated)
   Date for expert report(s): __to be added__

7. Number of expert witnesses of defendant(s): __1__ medical __1__ non-medical (estimated)
   Date for expert report(s): __to be added__

8. Date for completion of expert discovery: __Within 30 days of close of fact discovery__

9. Time for amendment of the pleadings by plaintiff(s) __9/17/10__
   or by defendant(s) __9/17/10__

10. Number of proposed additional parties to be joined by plaintiff(s) ___ and by defendant(s) ___ and time for completion of joinder: __9/17/10__

11. Types of contemplated dispositive motions: plaintiff(s): _____
                                                defendant(s): _____

12. Dates for filing contemplated dispositive motions: plaintiff(s): __within 60 days after close of fact discovery__
    Moving papers due 60 days after close of fact discovery, opposing defendant(s): _____
    papers due 60 days later, reply papers due 14 days later

13. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference.

14. Have counsel reached any agreements regarding disclosure of experts' work papers (including drafts) and communications with experts? If so, please describe at the initial conference.

15. Will the parties *consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (Answer no if any party declines to consent without indicating which party has declined.)
    Yes ___ No __x__

___

* The fillable consent form may be found at http://www.nyed.uscourts.gov/General_Information/Court_Forms/court_forms.html and may be filed electronically upon completion prior to the initial conference, or, brought to the initial conference and presented to the Court for processing.