**GOLDBERG & FLIEGEL LLP**
ATTORNEYS AT LAW
60 EAST 42ND STREET, SUITE 3421
NEW YORK, NEW YORK 10165
www.goldbergfliegel.com

KENNETH A. GOLDBERG
MICHELE L. FLIEGEL

TELEPHONE: (212) 983-1077
FACSIMILE: (212) 973-9577

October 5, 2010

**BY ECF**

Hon. Andrew L. Carter, Jr.
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N505
Brooklyn, New York 11201

Re: **Koumoulis et al. v. Independent Financial Marketing Group, Inc. et al.**
**10-cv-0887 (KAM) (ALC)**

Dear Judge Carter:

We represent the Plaintiffs in the above matter. This letter is the parties' joint status report. The parties have not reached a settlement. Accordingly, the parties are commencing discovery. Thank you for Your Honor's attention to this matter.

Respectfully submitted,

Kenneth A. Goldberg