UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TASSO KOUMOULIS, CHRISTOS HATZIS,
DOMINIC MILITO, AND PETER DAFNIOTIS,

          Plaintiffs,

- against -

INDEPENDENT FINANCIAL MARKETING
GROUP, INC., LPL FINANCIAL CORPORATION,
AND ASTORIA FEDERAL SAVINGS AND LOAN
ASSOCIATION,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Index No. 10-cv-0887 (KAM) (ALC)**

**NOTICE OF CHANGE OF ADDRESS**

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

       ☒ I have cases pending    ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                    KENNETH A. GOLDBERG

    My EDNY Bar Number is KG0295        My State Bar Number is 2481877

I am,
☒ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:

| | |
|---|---|
| FIRM NAME: | GOLDBERG & FLIEGEL LLP |
| FIRM ADDRESS: | 60 EAST 42ND STREET, SUITE 3421 |
| FIRM TELEPHONE NUMBER: | 212-983-1077 |
| FIRM FAX NUMBER: | 212-973-9577 |

NEW FIRM:

| | |
|---|---|
| FIRM NAME: | GOLDBERG & FLIEGEL LLP |
| FIRM ADDRESS: | 60 EAST 42ND STREET, SUITE 3520 |
| FIRM TELEPHONE NUMBER: | 212-983-1077 |
| FIRM FAX NUMBER: | 212-973-9577 |

I will continue to be counsel of record on the above-entitled case the Firm's new address.

Dated: New York, New York
       May 3, 2011

>                           /s/ Kenneth A. Goldberg
>                           Kenneth A. Goldberg (KG 0295)
>                           60 East 42nd Street, Suite 3520
>                           New York, New York 10165
>                           (212) 983-1077