UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x
:
TASSO KOUMOULIS, CHRISTOS HATZIS, DOMINIC :
MILITO, AND PETER DAFNIOTIS, :
: **10-cv-0887 (KAM) (ALC)**
Plaintiffs, :
: **NOTICE OF APPEARANCE**
-against- :
:
INDEPENDENT FINANCIAL MARKETING GROUP, :
INC., LPL FINANCIAL CORPORATION, AND :
ASTORIA FEDERAL SAVINGS AND LOAN :
ASSOCIATION, :
:
Defendants. :
:
---------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that KEITH D. GREENBERG hereby enters his appearance as counsel on behalf of defendants *Independent Financial Marketing Group, Inc., LPL Financial Corporation, and Astoria Federal Savings and Loan Association*, ("Defendants") in the above-captioned action.

Dated: New York, New York
       June 30, 2011

                                    DUANE MORRIS LLP
                                    By:_____/s/_____
                                        Keith D. Greenberg
                                        kdgreenberg@duanemorris.com
                                        1540 Broadway
                                        New York, NY 10036-4086
                                        Tel.: (212) 692-1000
                                        Fax.: (212) 692-1020