DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

JOANNA R. VARON
DIRECT DIAL: +1 212 692 1057
PERSONAL FAX: +1 212 208 6831
E-MAIL: jrvaron@duanemorris.com

www.duanemorris.com

October 3, 2013

*VIA ECF UNDER SEAL*

Honorable Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **Tasso Koumoulis, et al. v. IMFG, et al., Docket No. 1:10-cv-00887**

Dear Judge Scanlon:

As Ordered by the Court on September 30, 2013, please find attached the requested privileged documents from Defendants' Privilege Log for *in camera* review: Doc. Nos. 8-9, 21-22, 26-29, 31-39, 48-51, 53-54, and 57.

Five of the enclosed emails have attachments. Please be advised of the following with respect to those attachments:

1. Document No. 21: Defendants produced to Plaintiffs the attachment.

2. Document No. 26: Defendants produced to Plaintiffs the attachment.

3. Document Nos. 34, 36 and 37: Defendants produced to Plaintiffs *final versions* of the attachments (withheld drafts revised in consultation with outside counsel).

Please also note that the July 20, 2009 date on Entry No. 34 of Defendants' Privileged Log is incorrect. The correct entry should be July 29, 2009.

Respectfully yours,

Joanna R. Varon

JRV:jb
Enclosures

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086                                     PHONE: +1 212 692 1000   FAX: +1 212 692 1020
DM2\4505506.1