# Duane Morris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

JOANNA R. VARON
DIRECT DIAL: +1 212 692 1057
PERSONAL FAX: +1 212 208 6831
E-MAIL: jrvaron@duanemorris.com

www.duanemorris.com

November 14, 2013

***VIA ECF***

Honorable Judge Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: **Tasso Koumoulis, et al. v. IMFG, et al., Docket No. 1:10-cv-00887**

Dear Judge Chen:

  We represent the Defendants in the above-referenced action. Defendants respond briefly to the letter filed by Plaintiffs (ECF 53).

  Defendants' letter to the Court (ECF 52) was filed to request the Court's permission to preserve applicable privileges while a decision on Defendants' soon to be filed objections is pending. Plaintiffs improperly took that opportunity to oppose the submission of additional evidence.

  28 USC § 636 and F.R.C.P. Rule 72 expressly state that the District Court may "receive further evidence" in resolving objections. Defendants will be submitting additional evidence for the reasons set forth in its objections. Plaintiffs have advised that they will respond to Defendants' objections. Plaintiffs can <u>at that time</u> oppose Defendants' additional evidence. As made clear by the Rules, the District Court will ultimately have discretion as to whether to consider any or all of it.

            Respectfully yours,

            /s/ Joanna R. Varon

JRV:jb
Enclosures

DUANE MORRIS LLP

1540 BROADWAY  NEW YORK, NY 10036-4086    PHONE: +1 212 692 1000  FAX: +1 212 692 1020
DM2\4592292.1

DuaneMorris

Honorable Judge Pamela K. Chen
November 14, 2013
Page 2

Cc:  Kenneth Goldberg (*via* ECF)