## GOLDBERG & FLIEGEL LLP
ATTORNEYS AT LAW
60 EAST 42ND STREET, SUITE 3520
NEW YORK, NEW YORK 10165
www.goldbergfliegel.com

KENNETH A. GOLDBERG  TELEPHONE: (212) 983-1077
MICHELE L. FLIEGEL  FACSIMILE: (212) 973-9577

December 6, 2013

**BY ECF**

Hon. Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom N504
Brooklyn, New York 11201

  Re: Koumoulis et al. v. Independent Financial Marketing Group, Inc. et al.
     10-cv-0887 (PKC) (VMS)

Dear Judge Scanlon:

  We represent the Plaintiffs in the above-referenced matter. We submit this joint status letter pursuant to Your Honor's Order of November 4, 2013. On November 15, 2013, Defendants filed objections to Your Honor's Memorandum & Order of November 1, 2013. On November 29, 2013, Plaintiffs filed opposition papers to those objections. The parties await a ruling on the objections. Finally, please be advised that the parties agreed to stay the discovery obligations as set forth in the November 1 Order pending a determination on the objections.

  Thank you for Your Honor's attention to this matter.

            Respectfully submitted,

            /s/ Kenneth A. Goldberg

            Kenneth A. Goldberg