Kenneth A. Goldberg, Esq.
**GOLDBERG & FLIEGEL LLP**
60 East 42nd Street, Suite 3520
New York, New York 10165
(212) 983-1077
Attorneys For Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
TASSO KOUMOULIS, CHRISTOS HATZIS,
DOMINIC MILITO, AND PETER DAFNIOTIS,:   **10-cv-0887 (PKC) (VMS)**

                        Plaintiffs,     :

                                                           **CERTIFICATION OF PLAINTIFFS'**
        - against -                :   **COUNSEL IN RESPONSE TO THE**
                                                           **COURT'S INSTRUCTIONS DURING THE**
INDEPENDENT FINANCIAL MARKETING   :   **JANUARY 22, 2014 CONFERENCE**
GROUP, INC., LPL FINANCIAL
CORPORATION, AND ASTORIA FEDERAL   :
SAVINGS AND LOAN ASSOCIATION,
                                                   :
                       Defendants.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       I, KENNETH A. GOLDBERG, of full age, hereby certify and say:

       1.     I am counsel for Plaintiffs in the above-captioned matter.

       2.     I make this certification pursuant to the Court's instructions during a telephone conference on January 22, 2014.   On or about February 5, 2014, I received a copy of the transcript of that conference.

       3.     As directed by the Court, I destroyed any printed copy of Exhibit A to ECF Document Number 60 and deleted any copy of that Exhibit A that I downloaded to my computer.

       4.     No one else employed by my firm downloaded or printed that Exhibit A and I have not retained any copy of that Exhibit A.

Dated: New York, New York
February 12, 2014

                                        GOLDBERG & FLIEGEL LLP

                                        /s/ Kenneth A. Goldberg

By: _____

                                        Kenneth A. Goldberg
                                        60 East 42nd Street, Suite 3520
                                        New York, New York 10165
                                        (212) 983-1077
                                        Attorneys for Plaintiffs