UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
TASSO KOUMOULIS, CHRISTOS HATZIS,
DOMINIC MILITO, AND PETER DAFNIOTIS,:  10-cv-0887 (PKC) (VMS)

              Plaintiffs,  :

   - against -  :  **DECLARATION OF TASSO KOUMOULIS IN RESPONSE TO THE COURT'S INSTRUCTIONS DURING THE JANUARY 22, 2014 CONFERENCE**

INDEPENDENT FINANCIAL MARKETING :
GROUP, INC., LPL FINANCIAL
CORPORATION, AND ASTORIA FEDERAL :
SAVINGS AND LOAN ASSOCIATION,

              Defendants.  :
----------------------------------------x

Tasso Koumoulis, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

I am a Plaintiff in the above-captioned matter. I have my own PACER account so that I can closely monitor this lawsuit. Consistent with the Court's January 22, 2014 instructions, I have destroyed any printed copy of Exhibit A to ECF Document Number 60 and deleted any copy of Exhibit A that I downloaded to my computer. I have not retained any copy of that Exhibit A. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Long Island City, New York on February 11, 2014.

                                                                                     */s/ Tasso Koumoulis*
                                                                                     Tasso Koumoulis