Kenneth A. Goldberg, Esq.
**GOLDBERG & FLIEGEL LLP**
60 East 42nd Street, Suite 3520
New York, New York 10165
(212) 983-1077
Attorneys For Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
TASSO KOUMOULIS, CHRISTOS HATZIS,
DOMINIC MILITO, AND PETER DAFNIOTIS, :    **10-cv-0887 (PKC) (VMS)**

                  Plaintiffs,          :

        - against -                        :    **CERTIFICATION OF PLAINTIFFS'
                                                                                   COUNSEL IN RESPONSE TO THE
                                                                                   COURT'S MEMORANDUM AND ORDER
INDEPENDENT FINANCIAL MARKETING   :    DATED NOVEMBER 1, 2013**
GROUP, INC., LPL FINANCIAL
CORPORATION, AND ASTORIA FEDERAL  :
SAVINGS AND LOAN ASSOCIATION,
                                         :
                  Defendants.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       I, KENNETH A. GOLDBERG, of full age, hereby certify and say:

       1.    I am counsel for Plaintiffs in the above-captioned matter.

       2.    I make this certification pursuant to the Court's Memorandum And Order dated November 1, 2013 (Civil Docket Document Number 50), which was affirmed by the Court's Memorandum & Order dated January 21, 2014 (Civil Docket Document Number 60).

       3.    Plaintiffs have made a diligent and good faith effort to locate and produce all relevant and non-privileged documents, including e-mails, responsive to Defendants' request as referred to in Civil Docket Document Number 50.

       4.    A reasonable estimate of the number of privileged documents responsive to Defendants' request is less than 15.

5. I have re-reviewed the responsive attorney-client or work-product privileged documents.

6. The responsive privileged documents were not provided to persons other than the Plaintiffs and Plaintiffs' counsel.

7. No non-privileged documents responsive to Defendants' above request are being withheld.

Dated: New York, New York
February 13, 2014

                                GOLDBERG & FLIEGEL LLP

                                /s/ Kenneth A. Goldberg

By: _____
Kenneth A. Goldberg
60 East 42nd Street, Suite 3520
New York, New York 10165
(212) 983-1077
Attorneys for Plaintiffs