| | **DuaneMorris®** | |
|---|---|---|
| NEW YORK | | BALTIMORE |
| LONDON | | WILMINGTON |
| SINGAPORE | | MIAMI |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | BOCA RATON |
| CHICAGO | | PITTSBURGH |
| WASHINGTON, DC | | NEWARK |
| SAN FRANCISCO | JOANNA R. VARON | LAS VEGAS |
| SILICON VALLEY | DIRECT DIAL: +1 212 692 1057 | CHERRY HILL |
| SAN DIEGO | PERSONAL FAX: +1 212 208 6831 | LAKE TAHOE |
| BOSTON | *E-MAIL:* jrvaron@duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| LOS ANGELES | *www.duanemorris.com* | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| ATLANTA | | MEXICO CITY |
| | | ALLIANCE WITH |
| | | MIRANDA & ESTAVILLO |

June 12, 2014

***VIA ECF***

Honorable Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>Tasso Koumoulis, et al. v. IMFG, et al., Docket No. 1:10-cv-00887</u>

Dear Judge Scanlon:

      We represent the Defendants in the above-caption matter and write with consent of opposing counsel to request an additional 30 days to file the stipulation of dismissal. Defendants have the signed stipulation of dismissal in hand, but are holding pursuant to the terms of the parties' written settlement agreement until the settlement has been fully consummated.

                                            Respectfully yours,

                                            Joanna R. Varon

JRV:jb

Cc:    Kenneth Goldberg (*via* ECF)

---

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086           PHONE: +1 212 692 1000   FAX: +1 212 692 1020
DM2\4973626.1